SHIKEMA WILLIAMS, Administratrix of the Estates of FREDERICK VELEZ and Another, Deceased, et al., Appellants, v STATE OF NEW YORK, Respondent.

Submitted May 16, 2016; decided September 20, 2016

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

In the Matter of CORINNE ZAJAC, Appellant, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.

Submitted July 11, 2016; decided September 20, 2016

Motion, insofar as it seeks leave to appeal as against respondent Service Employees International Union, Local 200 United, dismissed as untimely (*see* CPLR 5513 [b]); motion, insofar as it seeks leave to appeal as against respondent New York State Division of Human Rights, denied.